UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK WILSON, #453216, )<br>           Plaintiff, )<br>)<br>-v- )<br>)<br>CORIZON HEALTH, INC., et al., )<br>           Defendants. )<br>) | No. 1:18-cv-1138<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 48), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: April 6, 2020                                                            /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                       United States District Judge